ESPAÑOL (/ES/)

(/)

# NFL OPS: HONORING THE GAME

It's our responsibility to strengthen the sport.

SHARE THIS PAGE

(/football-ops/nfl-ops-honoring-the

(/foc **HONORING THE GAME**

HEALTH & SAFETY(//FOOTBALL-OPS/NFL-OPS-HONORING-THE-GAME/HEALTH-S,

HEALTH & SAFETY RULES CHANGES(//FOOTBALL-OPS/NFL-OPS-HONORING-THE-GAME/HEALTH-SAFETY-RULES-CHANGES/)

## At NFL Football Operations, our mission is to ensure tha greatest game.

Football operations serves a pivotal role in the evolution of the game. It's our responsibility to balance the people that make our game great — the players, coaches, teams and officials — with the game's rules, player protection, and technology (/the-game/technology/). We strive to foster a culture of clarity, consistency, and credibility, to position our sport for long-term success.

00:45

We're charged with meeting the challenges of the game, including player health and protection, which is our primary concern. Our game is at its best when the best players in the world (/the-players/evolution-of-the-nfl-player/) are on the field. Finding the right balance of rules and teaching proper football techniques works, and it shows that we can make the game progressively better.

NFL Football Operations strives to create a credibility to proactively meet the demands

## IMPACT THAT EXTENDS BEYOND THE F

The NFL takes seriously its responsibility to help create young men and women of character (/the-players/development-pipeline/) through the lessons learned from football. No matter how you're involved with the game — or at what level — football builds character, develops leadership, instills tenacity & shows the results of hard work and perseverance. Football teaches teamwork and shows the power of being part of something bigger than yourself

> *"Community, love, care, compassion, competitiveness, teamwork, intensity — all of these words come to mind when I think of the values of football. I learned how to be a better man because of football"*
>
> — TROY VINCENT, EXECUTIVE VICE PRESIDENT OF NFL FOOTBALL OPERATIONS

Long after the lights are out, long after the victory is just a memory, the passion and p

Fans from around the country recorded videos — individually and in groups — that describe the powerful impact football has had on their lives. Visit Together We Make Football (http://www.togetherwemakefootball.com) to watch their stories and find out how football inspires — on and off the field.

The NFL proudly honors its commitment to public service (/football-ops/economic-social-impact/). The league gives back to those who play, watch, participate in or just love — football.

Our impact is about more than just game days, it's about being an active member in our community — and in all communities.

[/](/)

# MANAGING THE GREATEST GAME

Our responsibilities extend to ensuring the rules (/the-rules/) and the officiating (/the-officials/) are consistent and fair to all competitors. That means creating rules and guidelines that apply to everyone involved in our game.

It is important for the health and benefit of the game to preserve and honor the league for all those involved: players, coaches, clubs and fans.

In Football Operations, we pay meticulous attention to every detail involved in running the league, not just on game day but every day.

Watch football evolve from its humble begi explore the history of Player Health and Sa (http://nfl.com/evolution).

We craft and modify the rules to benefit the game and maintain competitive equity. We hire, evaluate and train the best officials around. We assess and implement technology— embracing change while respecting tradition.

Above all, through the use of rules, technique and technology, we make the game progressively better.

# UPHOLDING THE GREATEST GAME

The league's world-class athletes, coaches and staff overwhelmingly conduct themselves in a way that honors the sport and respects the game, their fellow players, the fans and the league.

Occasionally, one's actions may fail to live up to the league's expectations. It is up to the league, the players and the NFL Players Association to make sure the rules are enforced (/football-ops/nfl-rules-enforcement/) in a way that honors the game. Football Operations makes sure that players, teams and coaches exhibit exemplary behavior on and off the field.

In doing so, the NFL fulfills its responsibilities to players, officials and business partners, as well as to the game's young fans and their parents. It ensures that the tradition, character and reputation are passed on and we preserve the game.

## RELATED CONTENT



Honoring the league's...

(/football-ops/economic-social-impact/)



Ensuring that players conduct...

(/football-ops/nfl-rules-enforcement/)



Home (/) | Football Ops (/football-ops/) | The Game (/the-game/) | Th

The Officials (/the-officials/) | The Rules (/the-rules/) | Football 101 (/football-101/)

Updates (/updates/) | Search (/search/)

(/)

NFL Football Operations' mission is to establish a culture of clarity, consistency and credibility in all asp an essential piece of America's fabric, uniting fans, players and communities with a simple yet powerfu while continuing to innovate and preserve our sport for future generations of fans, players, c

© 2019 National Football League. All rights reserved. Privacy Policy (/football-ops/privacy-policy/)