☰    WATCH LIVE    NEWS    WEATHER    SPORTS    THE INVESTIGATORS    TRAFFIC    HEALTH    ABOUT U

BREAKING / Dakota Theriot, 21, wanted in slaying of parents, 3 others    ×



Book ahead, save up to 20% on hyatt.com  
Rates from $449  
Andaz Maui at Wailea Resort  
BOOK NOW  
HYATT

# Saints owner Gayle Benson issues statement to frustrated fans



Gayle Benson entertaining thousands of Saints fans at Championship Square before the NFC Championship game on Sunday, Jan. 20 (Source: Facebook/New Orleans Saints)

By Mykal Vincent | January 21, 2019 at 4:03 PM CST - Updated January 22 at 12:00 PM

NEW ORLEANS, LA (WAFB) - New Orleans Saints owner, Gayle Benson, issued a statement to the team, the city, and frustrated fans after the Saints' heartbreaking loss to the Los Angeles Rams.

The New Orleans Saints posted her full statement to Facebook Monday.

"Sunday's result is still difficult to accept for all of us," the statement read.

Benson said she is "thoroughly disappointed" by the events that led to the outcome of the NFC Championship game. That "event" was a glaring non-call on an obvious pass interference late in the fourth quarter that could've sent the top-seeded Saints to the Super Bowl.



Statement from Saints Owner Gayle Benson:

"Sunday's result is still difficult to accept for all of us. I am thoroughly disappointed by the events that led to the outcome of yesterday's game. Getting to the Super Bowl is incredibly difficult to do and takes such an unbelievable commitment from a team and support from its fans. No team should ever be denied the opportunity to reach the title game (or simply win a game) based on the actions, or inactions, of those charged with creating a fair and equitable playing field. As is clear to all who watched the game, it is undeniable that our team and fans were unfairly deprived of that opportunity yesterday. I have been in touch with the NFL regarding yesterday's events and will aggressively pursue changes in NFL policies to ensure no team and fan base is ever put in a similar position again. It is a disservice to our coaches, players, employees and, most importantly, the fans who make our game possible. The NFL must always commit to providing the most basic of expectations- fairness and integrity.

Our entire team is humbled and grateful for the support shown by our fans over the course of the season. It has become common for teams to proclaim that they have the "best fans in the NFL". I do not believe there is any debate, however, that we truly have the most inspiring, committed and passionate fans in all of professional sports. This is true whether you are from New Orleans or part of our family of fans from the entire state, region and country.

The truth is we are more than team and fans- we are a family. As a family we celebrate together, support each other and sometimes suffer together. This past season has been especially meaningful to me as we honored my husband. I will never be able to fully express my appreciation for the way all of you have supported me and our team in honoring Tom Benson's legacy. I know he is proud of this team and our fans.

While the way this season ended has left us all frustrated and disappointed, I am comforted knowing we will respond the way our community always responds- with resilience, fierce determination and love for each other and the Saints.

I have had many blessings in my life, perhaps the greatest is being born in New Orleans and having the opportunity to be a part of the Saints family with you. Next season starts now and I can't wait to share it with you again."

19K   2K   10K

"The truth is we are more than team and fans - we are a family. As a family we celebrate together, support each other and sometimes suffer together," Benson continued.

RELATED STORIES:

- Passed Out: Saints contact NFL about non-call on critical play
- Kicked Out: Rams end Saints playoff, win with overtime field goal
- NFL head referee didn't see controversial no-call on Tommylee Lewis pass play
- Sec. 642: Saints fans launch petition, after Rams fans launched petition against ref
- 'Saints got robbed' billboards go live in downtown Atlanta

The non-call has sparked criticism from Saints fan and football fans around the country, some calling it one of the worst officiating blunders in NFL history. Benson says she's been in touch with the NFL and will "aggressively pursue changes" in their policies.



"I do not believe there is any debate, however, that we truly have the most inspiring, committed and passionate fans in all of professional sports," she said.

Copyright 2019 WAFB. All rights reserved.

Sponsored Stories



**[Photos] This Superbowl Was the Best in History**
Bob's Hideout



**US Cardiologist: It's Like a Pressure Wash for Your Insides**
thegutrehab.com



**4 Worst Blood Pressure Meds**
vibranthealthnetwork.com



**NFL Players That Are Now Working 9 To 5**
Bleacher Breaker