### Office of the Governor
#### State of Louisiana

**JOHN BEL EDWARDS**
GOVERNOR

P.O. Box 94004
Baton Rouge, Louisiana 70804-9004
(225) 342-7015
GOV.LA.GOV

January 22, 2019

Commissioner Roger Goodell
National Football League
345 Park Avenue
New York, New York 10154

Dear Commissioner Goodell:

    On behalf of the people of Louisiana and New Orleans Saints fans all across the country, I am writing to you to express our deep disappointment with the outcome of the NFC Championship game on Sunday.

    The very least that any fan of the Saints, or any other team, should be able to expect from any game is that the result will be decided by the players on the field. By missing the obvious, blatant, and intentional penalty at the end of the game, the referees in Sunday's game undermined that expectation and unfortunately were allowed to determine the winner. This team deserved better. Saints fans deserved better. The City of New Orleans and the State of Louisiana deserved better.

    While it certainly would be within your powers to determine that the missed call was so out of bounds that it affected the fundamental fairness of the game (and, without doubt, it was), I do recognize that you are unlikely to change the result of the game. However, at a minimum, you and the other team owners should make sure that by next season there is some recourse on the field when such a clear error is made. In Gayle Benson's eloquent statement put out yesterday, she said she would aggressively pursue rule changes that make every effort to ensure this does not happen again. I strongly support her efforts. If the NFL fails to act, the very integrity of the game will be called into question – something that no football fan wants to see.

    Time has proved that the people of Louisiana are resilient, and we have overcome setbacks much bigger than a bad call in a football game. We will move on from this game and will be there to support the Black and Gold when they take the field again this fall. We will move past this game, but we will not forget it.

    I look forward to hearing your response.

Sincerely,

*[signature]*

John Bel Edwards
Governor