UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL RYAN, et al                                          CIVIL ACTION

VERSUS                                                      NO. 19-1811

NATIONAL FOOTBALL LEAGUE, INC., et al                       SECTION: "I" (3)

**O R D E R**

It appears to the Court that the subject matter of the above-captioned case is related to that of Civil Action No. 19-566, *Tommy Badeaux, et al v. Roger Goodell, et al,* before Section E (5) of this Court. Accordingly,

**IT IS ORDERED** that the above-captioned matter be **TRANSFERRED** to Section E (5) of this Court.

New Orleans, Louisiana, this 6th day of March, 2019.

March 06, 2019

TRANSFERRED TO

**SECT. E   MAG 5**

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE