MINUTE ENTRY
MORGAN, J.
MAY 2, 2019

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL RYAN, ET AL. | CIVIL ACTION |
| VERSUS | NO. 19-1811 |
| NATIONAL FOOTBALL LEAGUE, INC., ET AL. | SECTION "E" (3) |

### JUDGE SUSIE MORGAN, PRESIDING

**THURSDAY, MAY 2, 2019 (10:02 a.m. – 10:34 a.m.)**

COURTROOM DEPUTY: Brad Newell
COURT REPORTER: Mary Thompson

APPEARANCES: Kevin R. Duck for the Plaintiffs
Harvey S. Bartlett, III, and Lynn E. Swanson for the Defendants

**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FILED BY DEFENDANTS (R. Doc. 18)**

Arguments made by counsel.

Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (R. Doc. 18) submitted to the Court.

JS-10: 00:32