UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL RYAN, ET AL.,** <br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1811** |
| **NATIONAL FOOTBALL LEAGUE, INC, ET AL.,** <br>    **Defendants** | **SECTION "E" (3)** |

## JUDGMENT

Considering the Court's Order and Reasons entered July 30, 2019,[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiffs Daniel and Barbara Ryan against Defendants National Football League; Roger Goodell; William Vinovich, III; Patrick Turner; Gary Cavaletto; and Alberto Riveron be and hereby are **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 2nd day of August, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 31.